UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIVIAN HENRIQUEZ, | ) | CASE NO. ED CV 09-00776 (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF REMAND |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: November 12, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE