1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                   UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 VIVIAN HENRIQUEZ,              )     No.  EDCV 09-776 RZ
11                                )
                                  )
12     Plaintiff,                 )     [PROPOSED] ORDER AWARDING
       v.                         )     EAJA FEES
13                                )
14 MICHAEL J. ASTRUE,             )
   Commissioner Of Social Security,)
15                                )
16     Defendant.                 )
17 _____ )

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20 awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21 of TWO THOUSAND SIX HUNDRED AND FIFTY DOLLARS and 00/cents
22 ($2,650.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above
23
24 referenced Stipulation.
25     DATED: February 10, 2010    _____
26                                 HON. RALPH ZREFSKY
27                                 UNITED STATES MAGISTRATE JUDGE
28

-1-